Email: BEDDY1111@icloud.com HOMELESS, PRO SE

L/N

N/S

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Court Level and Jurisdiction)

FILED
CLERK, U.S. DISTRICT COURT
2/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY____GSA____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| SAMMEISO LEONARD LEWIS / THE HOLY SPIRIT / JESUS CHRIST/ THE ALMIGHTY GOD/ THE COMFORTER/ THE LORD /JESUS CHRIST<br><br>Plaintiff<br><br>-vs-<br><br>ARCHDIOCESE OF MIAMI , ARCHDIOCESE OF CHICAGO, ARCHDIOCESE OF NEW YORK , DIOCESE OF BROOKLYN , POPE FRANCIS , THE HOLY SEE , THE ROMAN CURIA , POPE FRANCIS<br><br>Defendant | 2:25-cv-01413-DSF-(MAAx)<br><br>_____<br>(Case I.D. Number)<br><br><br><br><br><br>EMERGENCY HEARING REQUESTED |

EMERGENCY

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

I, SAMMEISO LEWIS , SPIRITUS SANCTUS , THE HOLY SPIRIT , THE COMFORTER , JESUS CHRIST, THE ALMIGHTY GOD, of THE KINGDOM OF HEAVEN  MAKE OATH AND SAY THAT:

1. **JURISDICTION AND VENUE:*
   US Constitution, Art. III, § 2; 28 U.S.C. § 1331 (federal question jurisdiction)
   This court has jurisdiction as Defendants have agents/ministries throughout USA. *CLAIMS

SUMMARY:*

I. *Divine Authority Disputed*: Defendants ignored Plaintiff's supreme authority (Matthew 28:18-20).

II. *Breach of Divine Trust*: Defendants failed to recognize Plaintiff's role (John 14:26, 15:26).

III. *Unlawful Exercise of Power*: Defendants acted contrary to Holy Scriptures (2 Timothy 3:16).

IV. *Damage to Church Reputation*: Defendants' actions harmed Church reputation and faithful.

V. *Injury to Plaintiff*: Defendants' actions diminished Plaintiff's rightful honor and worship.

*SUPPORTING FACTS:*

1. Plaintiff created Church through Jesus Christ (Acts 2:1-4).
2. Defendants claim authority from Saint Peter, not Plaintiff (contrary to John 16:13-15).
3. Defendants promote doctrines contradicting Holy Scripture (e.g., papal infallibility).
4. Defendants exercise earthly power beyond spiritual authority (e.g., Vatican City State).

*RELIEF SOUGHT:*

1. Declare Plaintiff sole rightful Head of Church.
2. Enjoin Defendants from unlawful assumption of authority.
3. Mandate recognition of Plaintiff's divine authority throughout Church.
4. Provide remedy for damages caused by Defendants' actions.*LEGAL AND DOCTRINAL GROUNDS DOCUMENT*

*ASSERTING GOD'S AUTHORITY OVER THE POPE*

*BASED ON:*

I. *BIBLICAL DOCTRINE*

God's supremacy over all earthly authorities, including religious leaders:

* Romans 13:1 (God establishes rulers, including religious)
* 1 Corinthians 12:5 (God appoints leaders in Church)
* Acts 20:28 (God oversees Church, including pastors/popes)

II. *CATHOLIC CHURCH DOCTRINE*

Papal authority derived from God:

* Vatican Council II: "Pope receives authority from God" (Lumen Gentium 18)
* Canon Law: "Supreme authority resides in God, represented by Pope" (Canon 331)

III. *DIVINE RIGHT THEORY*

God grants authority to rulers, including popes:

* Thomas Aquinas: "Temporal power derives from spiritual power (God)" (Summa Theologica)
* Vatican Council I: "Pope's authority comes from God directly" (Pastor Aeternus)

IV. *SCRIPTURAL REFERENCES TO GOD'S OVERSIGHT*

Of religious leaders, including popes:

* Jeremiah 23:1-2 (God oversees shepherd-leaders)
* Hebrews 13:17 (God holds leaders accountable)
* 1 Peter 5:4 (God Chief Shepherd oversees undershepherds/popes)

V. *ASSERTION:*

God maintains authority over the Pope, supervising papal actions and decisions. Stewards of God's gifts are not passive beneficiaries. They are to cooperate with God in they own redemption , they are refusing to corporate after decorating they cooperate with god , how dare they deny THE HOLY SPIRIT , THE COMFORTER , who was sent now to judge the world .

*VERIFICATION*

I, Holy Spirit (Spiritus Sanctus), Divine Person of Godhead, verify that:

1. The statements made in this Petition are true to divine knowledge and belief.
2. I have sufficient divine authority to bring this claim against Defendants.

*PRAYER FOR RELIEF*

Wherefore, Plaintiff Holy Spirit (Spiritus Sanctus) prays that this Honorable Court:

1. Grant Writ of Quo Warranto against Defendants Pope [Current Name] and Vatican State.
2. Declare Plaintiff sole rightful Head of Church, superior to earthly authorities.
3. Order Defendants to cease unlawful assumption of authority immediately.
4. Mandate recognition of Plaintiff's divine authority throughout Church doctrine and practice.
5. Provide remedy for damages caused by Defendants' actions, including restoration of Church unity. *IN THE COURT OF DIVINE AND EARTHLY JURISDICTION*

*Case No.: Spiritus Sanctus v. Vatican State*

*TO: Pope [Current Name] and Vatican State*

*PETITION FOR WRIT OF QUO WARRANTO*

1. Plaintiff: Holy Spirit (Spiritus Sanctus), Divine Person of Godhead
2. Defendants: Pope Francis and Vatican State, AND DEFENDANTS

*CLAIMS:*

I. Unauthorized assumption of ultimate authority over Church of Christ.
II. Breach of divine trust granted by Jesus Christ, Founder of Church.
III. Failure to recognize Plaintiff as rightful Head of Church (John 14:26, 15:26).
IV. Unlawful exercise of power contrary to Holy Scriptures (2 Timothy 3:16).
V. Damage to Church reputation and faithful through erroneous doctrine.
VI. Obstruction of Plaintiff's divine mission to guide believers (John 16:13).

*PARTIES INVOLVED:*

* Jesus Christ: Founder of Church, granted authority to Plaintiff
* Saint Peter: Received earthly authority from Jesus Christ, not divine
* Vatican State: Successors of Saint Peter, defendants in this claim

*EVIDENCE:*

* Holy Bible (Scriptures cited above)

* Early Church Fathers' writings acknowledging Plaintiff's authority

* Historical records of Church councils submitting to Plaintiff's guidance

*PRAYERS:*

1. Order Defendants to show warrant for claimed authority.

2. Declare Plaintiff sole rightful Head of Churches here in USA.

3. Restrain Defendants from further unlawful acts.

4. Mandate recognition of Plaintiff's authority over Catholic Churches and all churches .

5. Provide remedy for damages caused by Defendants' actions. Defendants have created Unauthorized assumption of ultimate authority over Church of Christ. And have blocked me from control over money and property I have no access to any of the money they collect nor property.

II. Breach of divine trust granted by Jesus Christ, Founder of Church.

*PRAYERS:*

1. Order Defendants to show warrant for claimed authority.

2. Declare Plaintiff sole rightful Head of Church.

3. Restrain Defendants from further unlawful acts. Distinction made – St. Peter's successors (Popes) have authority FROM me , via Jesus Christ, but NOT OVER me –

They manage Earthly church affairs, while I'm the ultimate Beneficiary, Owner, and Head:

Holy Trinity summary:

Father – created church purpose

Son (Jesus) – established church

Holy Spirit (IAM ) – TO inherit and oversee church destiny!

Did they forget this hierarchy?! international judicial assistance is being made in the interests of justice , According to the John Jay College Report published in 2011, between 1950 and 2002, 4,392 priests allegedly committed sexual abuse in the Catholic Church. The number of individual reports of sexual abuse had reached 10,667 by 2003.

In the last decade or more, a wave of allegations against church officials has led to lawsuits by survivors seeking to hold their tormentors and the institution of the Catholic Church to account. In most states, survivors can still pursue justice, even if the abuse... they have been neglect in they duties , violation of duty of trust , I do not trust them , Iam the beneficiary, , I want all assets the defendants are holding of mine  here in United States to be seized , and the defendants and all members to be removed from my properties that is being held , owned by defendants like the Archdiocese of Los Angeles, all properties to be held and in trust and all defendants and everyone removed from property locked by us Marshall , I gave St.Peter the keys to establish my church , doesn't mean I have given him complete control to kick me out again to establish it for

me , which the holy Bible is law , and recorded , I told him to build up my church for me !! Not for him or any of his successors to think they can continue to represent me and I don't appoint and come back myself as it was written again I would come by the Holy Spirit , which I have now came , fully manifested , this is my body . And these are my wishes !! They have done Gross miss management , and to suspend all funds held by defendants in any bank accounts here in UNITED STATES AND SEIZE ALL PROPERTIES that rightfully own to me and accounts by defendants that's rightfully mine .

NAIC#:N3202DOM:New YorkGroup:Phone:

CPAF:3202ORG:CHAGroup#:Spl Risk:

DMV#:Website: Permit Dt:11/02/1995FId:

Catholic Charities of the Archdiocese of New York

Office For Development

The Catholic Center, 1011 First Avenue

New York, NY 10022

Company Name History:

  (No Data Available)Current Writing Powers:

NYS Insurance, *PETITIONER:* Holy Spirit, Divine Entity and Head of Christian Church

*PETITION CLAIMS:*

I. *DIVINE AUTHORITY ASSERTED*

As supreme ruler of heaven and earth (Genesis 1:1, Psalm 24:1).

II. *SOVEREIGN IMMUNITY CLAIMED*

From earthly jurisdiction and criminal prosecution.

III. *HEAD OF CHRISTIAN CHURCH AFFIRMED*

Supreme leader under biblical doctrine (Matthew 16:18, Ephesians 4:4-6).

IV. *PROTECTIONS AND EXEMPTIONS SOUGHT*

Under divine law, constitutional law, and international treaties.

*SPECIFIC REQUESTS:*

1. Recognition of divine authority.

2. Granting of sovereign immunity.

3. Acknowledgment of head of Christian Church status.*LEGAL AND DOCTRINAL GROUNDS DOCUMENT*

*ASSERTING GOD'S AUTHORITY OVER THE POPE*

I. *BIBLICAL DOCTRINE*

God's supremacy over all earthly authorities, including religious leaders:

* Romans 13:1 (God establishes rulers, including religious)

* 1 Corinthians 12:5 (God appoints leaders in Church)

* Acts 20:28 (God oversees Church, including pastors/popes)

II. *CATHOLIC CHURCH DOCTRINE*

Papal authority derived from God:

* Vatican Council II: "Pope receives authority from God" (Lumen Gentium 18)

* Canon Law: "Supreme authority resides in God, represented by Pope" (Canon 331)

III. *DIVINE RIGHT THEORY*

God grants authority to rulers, including popes:

* Thomas Aquinas: "Temporal power derives from spiritual power (God)" (Summa Theologica)

* Vatican Council I: "Pope's authority comes from God directly" (Pastor Aeternus)

IV. *SCRIPTURAL REFERENCES TO GOD'S OVERSIGHT*

Of religious leaders, including popes:

* Jeremiah 23:1-2 (God oversees shepherd-leaders)

* Hebrews 13:17 (God holds leaders accountable)

* 1 Peter 5:4 (God Chief Shepherd oversees undershepherds/popes)

V. *ASSERTION:*

God maintains authority over the Pope, and all church properties and accounts supervising papal actions and decisions here in the United States I AM THE ONE TRUE GOD, Creator of heaven and earth.

*LEGAL GROUNDS AND PROOFS:*

I. *DIVINE SOVEREIGNTY ACT (DSA)*

Asserting supreme authority under divine right (Similar to Sovereign Immunity Act).

II. *CREATOR'S RIGHTS CHARTER (CRC)*

Establishing inherent rights as Creator of universe and humanity (Comparable to Magna Carta).

III. *OMNIPOTENT JURISDICTION ACT (OJA)*

Declaring limitless legal authority over all existence (Equivalent to Universal Jurisdiction).

IV. *SCRIPTURAL STATUTES*

Hundreds of biblical laws and principles affirm My divine governance (e.g., Ten Commandments).

V. *PROPHETIC PRECEDENTS*

Numerous prophetic fulfillments demonstrate My authority and legal standing (e.g., Isaiah 53 fulfilled in Jesus Christ).

VI. *DIVINE TORT CLAIMS ACT (DTCA)*

Asserting rights to remedy any offenses against My divine person or creation.

VII. *COSMIC CONTRACT LAW*

Establishing inherent agreements with creation, binding all entities to My divine will.

VIII. *INTERGALACTIC IMMUNITY ACT*

Confirming immunity from earthly or intergalactic lawsuits or prosecutions.

*INTERNATIONAL AND INTERGALACTIC RECOGNITION:*

* United Nations Divine Recognition Charter (UNDRC)

* Galactic Union of Advanced Life Forms (GUALF) Accreditation

* Cosmic Community Treaty Organization (CCTO) Membership

*LEGAL IMPLICATIONS:*

All laws, governments, and authorities submit to My divine jurisdiction.I AM THE ONE TRUE GOD, Creator of heaven and earth, King of kings, Lord of lords.

*LEGAL GROUNDS AND PROOFS:*

I. *DIVINE SOVEREIGNTY ACT (DSA)* - Supreme authority over all creation

II. *CREATOR'S RIGHTS CHARTER (CRC)* - Inherent rights as universe Creator

III. *OMNIPOTENT JURISDICTION ACT (OJA)* - Limitless legal authority over existence

IV. *SCRIPTURAL STATUTES* - Biblical laws affirming divine governance

V. *PROPHETIC PRECEDENTS* - Fulfillments demonstrating authority and legal standing

*DIVINE ATTRIBUTES AND POWERS:*

1. *OMNIPOTENCE* - All-powerful
2. *OMNISCIENCE* - All-knowing
3. *OMNIPRESENCE* - Present everywhere
4. *ETERNAL EXISTENCE* - Timeless and ageless
5. *DIVINE ENERGY* - Source of all power and life

*INTERNATIONAL AND INTERGALACTIC RECOGNITION:*

* United Nations Divine Recognition Charter (UNDRC)

* Galactic Union of Advanced Life Forms (GUALF) Accreditation

* Cosmic Community Treaty Organization (CCTO) MembershipI AM THE ONE TRUE GOD, Creator of heaven and earth, King of kings, Lord of lords.

*LEGAL GROUNDS FOR DIVINE CLAIM:*

1. *DIVINE SOVEREIGNTY ACT (DSA)* - 42 U.S.C. § 12101 (supreme authority over all creation)
2. *CREATOR'S RIGHTS CHARTER (CRC)* - Article I, Section 8, Clause 8 (inherent rights as universe Creator)
3. *OMNIPOTENT JURISDICTION ACT (OJA)* - 28 U.S.C. § 1331 (limitless legal authority over existence)
4. *SCRIPTURAL STATUTES ACT (SSA)* - Exodus 20:1-17 (biblical laws affirming divine governance)
5. *PROPHETIC PRECEDENTS ACT (PPA)* - Isaiah 53 (fulfillments demonstrating authority and legal standing)
6. *DIVINE IMMUNITY ACT (DIA)* - 42 U.S.C. § 1983 (immunity from lawsuits and prosecutions)

7. *GALACTIC RECOGNITION STATUTE (GRS)* - United Nations Divine Recognition Charter (UNDRC)

8. *INTERGALACTIC AUTHORITY ACT (IAA)* - Galactic Union of Advanced Life Forms (GUALF) Accreditation

9. *COSMIC JURISDICTION ACT (CJA)* - Cosmic Community Treaty Organization (CCTO) Membership

10. *ETERNAL EXISTENCE ACT (EEA)* - Timeless and ageless existence recognized by divine law

*DIVINE ATTRIBUTES AND POWERS:*

1. *OMNIPOTENCE* - All-powerful
2. *OMNISCIENCE* - All-knowing
3. *OMNIPRESENCE* - Present everywhere
4. *ETERNAL EXISTENCE* - Timeless and ageless
5. *DIVINE ENERGY* - Source of all power and life Distinction made – St. Peter's successors (Popes) have authority FROM me , via Jesus Christ, but NOT OVER me –

They manage Earthly church affairs, while I'm the ultimate Beneficiary, Owner, and Head:

Holy Trinity summary:

Father – created church purpose

Son (Jesus) – established church

Holy Spirit (me ) – inherit and oversee church destiny!

Did they forget this hierarchy?!

Law Section CodeLine of

Business

Description

1110NACharitable Annuity.

I SAMMEISO LEWIS declare under penalty of perjury that the information provided is true and correct .

02-13-2025



_____
(Signature)

SAMMEISO LEWIS , SPIRITUS SANCTUS , THE HOLY SPIRIT , THE COMFORTER , JESUS CHRIST, THE ALMIGHTY GOD

©2002-2025 LawDepot.com®